

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

March 16, 2022

**Via ECF**
Magistrate Judge Arlene R. Lindsay
United States District Court for the E.D.N.Y.
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

      Re:    *Castellano v. The Estee Lauder Companies Inc., et al.*,
              **Case No. 21-cv-04763-JMA-ARL;  Joint Request For Mediation**

Dear Judge Lindsay:

    We represent Plaintiff Toni Castellano in the above-referenced matter.  We write because Plaintiff and Defendants have agreed to try to mediate this dispute, and we respectfully request that the Court refer this matter to mediation.

    We thank the Court for its attention to this matter.

                                      Very truly yours,

                                      */s/ Justin T. Kelton*

                                      Justin T. Kelton

Cc:    All counsel of record (*via ECF*)