# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax

jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4030
MY EMAIL ADDRESS IS: TODD.GIRSHON@JACKSONLEWIS.COM

June 2, 2022

**Via ECF**

Magistrate Judge Arlene R. Lindsay
United States District Judge
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      **Re: Toni Castellano v. The Estée Lauder Companies, Inc., et al.
        Case No. 21-cv-04763 (JMA)(ARL)**

Dear Judge Lindsay:

   As employment law counsel for the Defendants in connection with the above reference case, we write jointly on behalf of all parties with Plaintiff's counsel's consent to advise the Court that the parties and Mediator Deborah Reik agreed to conduct the July 15, 2022 mediation virtually via Zoom. Thank you for your consideration in this regard.

              Respectfully submitted,

              JACKSON LEWIS P.C.

              Todd H. Girshon

cc: All counsel of record (Via ECF)
   Mediator Deborah Reik (via e-mail)

4869-6795-0883, v. 1