

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

September 15, 2022

**Via ECF**
Judge Joan M. Azrack
United States District Court for the E.D.N.Y.
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    ***Castellano v. The Estee Lauder Companies Inc., et al.*,**
                **Case No. 21-cv-04763-JMA-ARL**

Dear Judge Azrack:

      We represent Plaintiff Toni Castellano in the above-referenced matter. We write to advise the Court that the parties are nearly finished with finalizing their settlement of this matter. Specifically, the parties have negotiated a settlement agreement and agreed to its final form, and we are awaiting signatures on the agreement and related documents. We anticipate having the final documents executed shortly.

      Therefore, we write pursuant to the Court's Docket Order of July 18, 2022, to request that this action be reinstated for a period of two weeks to allow the parties to complete their settlement.

      We thank the Court for its attention to this matter.

                                                                                 Very truly yours,

                                                                                  */s/ Justin T. Kelton*

                                                                                  Justin T. Kelton

Cc:     All counsel of record (*via ECF*)