UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TONI CASTELLANO,

                          Plaintiff,

-against-

THE ESTEE LAUDER COMPANIES INC. and ELC MANAGEMENT LLC

                         Defendants.

Civ. No.: 2:21-cv-04763 (JMA)(ARL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, Toni Castellano, and Defendants, The Estée Lauder Companies Inc. and ELC Management LLC, that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against each party with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by electronic or facsimile signatures, which shall bear the same force and effect as original signatures.

ABRAMS FENSTERMAN, LLP
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
(718) 215-5300

By: _____
Justin T. Kelton, Esq.

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

By: _____
Todd H. Girshon, Esq.
Cooper Binsky, Esq.

*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Joan M. Azrack, U.S.D.J.


Date:_____